IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOROTHY MACDOUGALL, et al.,

      Plaintiffs,                      No. CIV S-07-0609 KJM

   vs.

J&H TRUCKING, et al.,

      Defendants.             <u>ORDER</u>

_____/

        A status conference was held in this matter on August 29, 2007 before the undersigned.  Merrill Emerick appeared for plaintiffs.  Maurice Creegan appeared for defendants.  Upon consideration of the joint status report, discussion of counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) have already been made.

        2. Discovery, including the hearing of discovery motions, shall be completed by April 2, 2008.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        3. The parties shall exchange lists of expert witnesses no later than May 5, 2008.

/////

1

      4. Expert discovery, including the hearing of motions related to expert discovery, shall by completed by June 18, 2008.  Expert discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

      5.  Dispositive motions, other than discovery motions, shall be noticed to be heard by August 13, 2008.

      6. The parties shall exhaust their efforts to resolve the case through mediation or other settlement means by September 5, 2008.

      7. The pretrial conference is set before the undersigned for September 17, 2008 at 11:00 a.m.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

      8. Trial of this matter is set before the undersigned for November 3, 2008 at 10:00 a.m.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

DATED:   August 29, 2007.

_____
U.S. MAGISTRATE JUDGE

006
macdougall.oas