Thomas S. Brazier, Esq. SBN 055484
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendants
J&H TRUCKING, NATHANIEL OBEDIA LAY,
WILLIAM CANNON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACDOUGALL and GEORGE MACDOUGALL,<br><br>Plaintiffs,<br><br>v.<br><br>J&H TRUCKING, NATHANIEL OBEDIA LAY, WILLIAM CANNON and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: Civ. S-07-0609KJM<br><br>**STIPULATION FOR CONTINUANCE OF DISCOVERY CUTOFF DATES; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties, subject to approval by the Court, as follows:

1. The parties wish to engage in a private mediation session to attempt global resolution of this matter.

2. The trial date is set for November 3, 2008. There is a Pre-Trial Conference set for September 17, 2008, and a deadline for dispositive motions of August 13, 2008. The parties do not wish to modify these dates.

3. There is a discovery cutoff set for April 2, 2008. The parties wish to continue this date to May 2, 2008.

4. All experts must be disclosed by May 15, 2008 and deposed by June 18, 2008. Counsel

1  respectfully requests a continuance of the expert disclosure date to June 5, 2008 and an extension of the
2  date to complete expert discovery to July 18, 2008.

3                                      Respectfully submitted,

4  Dated: _____, 2008          LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

6                                      By: _____[1]
7                                           Thomas S. Brazier
                                         Maurice J. Creegan
                                         Attorneys for Defendants
8                                           J&H TRUCKING, NATHANIEL OBEDIA LAY, WILLIAM CANNON

11 Dated: _____, 2008          ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

13                                        By: _____
14                                          Merrill G. Emerick
                                         Attorneys for Plaintiffs
15                                          DOROTHY MACDOUGALL and GEORGE MACDOUGALL

18 IT IS SO ORDERED.
19 Dated: March 6, 2008.

21                                          _____
                                         U.S. MAGISTRATE JUDGE

---

[1] The court acknowledges a copy of the stipulation signed by counsel.