IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOROTHY MACDOUGALL, et al.,

      Plaintiffs,                    No. CIV S-07-0609 KJM

    vs.

J&H TRUCKING, et al.,

      Defendants.              ORDER

_____/

        On April 9, 2008, the court was advised this action had settled but an outstanding Medicare lien had to be negotiated prior to submission of dispositional documents. No status report has been filed regarding the outstanding lien. Accordingly, IT IS HEREBY ORDERED that plaintiffs shall file a status report within ten days from the date of this order or shall file dispositional documents. Failure to comply with this order shall result in the action being dismissed.

DATED: January 29, 2009.

                                           U.S. MAGISTRATE JUDGE

006
macdougall.dispo

1