Thomas S. Brazier, Esq. SBN 055484
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendants
J&H TRUCKING, NATHANIEL OBEDIA LAY,
WILLIAM CANNON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY MACDOUGALL and GEORGE MACDOUGALL,<br><br>  Plaintiffs,<br><br>  v.<br><br>J&H TRUCKING, NATHANIEL OBEDIA LAY, WILLIAM CANNON and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: Civ. S-07-0609 KJM<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

TO ALL PARTES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs DOROTHY MACDOUGALL and GEORGE MACDOUGALL and Defendants, J&H TRUCKING, NATHANIEL OBEDIA LAY, and WILLIAM CANNON through their undersigned attorneys of record, stipulate as follows:

Plaintiffs, DOROTHY MACDOUGALL AND GEORGE MACDOUGALL'S complaint is dismissed in its entirety, with prejudice, as to all Defendants, each of the parties to bear their own respective costs and attorneys fees.

//

1  IT IS SO STIPULATED.

3  Dated:  ___6/25___, 2009          LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

5                                    By:  __/s/ Jeffrey Oneal_____
                                         Thomas S. Brazier
6                                        Jeffrey Oneal
                                         Attorneys for Defendants
7                                        J&H TRUCKING, NATHANIEL OBEDIA LAY,
                                         WILLIAM CANNON

10 Dated:  ___6/25___, 2009          ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

12                                   By:  __/s/ MerrillEmerick_____
                                         Merrill G. Emerick
13                                       Attorneys for Plaintiffs
                                         DOROTHY MACDOUGALL and GEORGE
14                                       MACDOUGALL

16                                   ORDER

       The court, having read and considered the foregoing stipulation, based thereon, and good cause appearing, orders as follows:

       The complaint of plaintiffs DOROTHY MACDOUGALL and GEORGE MACDOUGALL is dismissed, in its entirety, with prejudice, as to all Defendants.  Each party shall bear its own costs and attorneys' fees.

       IT IS SO ORDERED.

DATED: June 29, 2009.

                                         _____
                                         U.S. MAGISTRATE JUDGE

2